STATE v. McCARROLL

No. 172PA93

Case below: 109 N.C.App. 574

Petition by Attorney General for writ of supersedeas allowed 3 June 1993. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 3 June 1993.

STATE v. NOELL

No. 121P93

Case below: 109 N.C.App. 134

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 June 1993.

STATE v. SMITH

No. 213A93

Case below: 110 N.C.App. 119

Petition by Attorney General for writ of supersedeas and temporary stay denied 7 June 1993.

STATE v. SUITES

No. 156P93

Case below: 109 N.C.App. 373

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 3 June 1993.

STATE v. TUGGLE

No. 145P93

Case below: 109 N.C.App. 235

Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 June 1993. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 June 1993.